THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUALITY PACIFIC INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE WEST INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No.: 2:19-cv-00426 -RSL<br><br>STIPULATED MOTION TO DISMISS PLAINTIFF QUALITY PACIFIC'S CLAIMS AGAINST DEFENDANT EAGLE WEST INSURANCE COMPANY WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br><br>**June 6, 2019** |

## STIPULATION

Plaintiff Quality Pacific, Inc. ("Quality Pacific") and Defendant Eagle West Insurance Company ("EWIC") (together, the "Parties") stipulate that the claims asserted against EWIC by Quality Pacific in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties.

STIPULATED MOTION TO DISMISS PLAINTIFF QUALITY PACIFIC'S CLAIMS AGAINST DEFENDANT EAGLE WEST INSURANCE COMPANY WITH PREJUDICE
NO.: 2:19-CV-00426 - RSL

PAGE 1

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930

1 | IT IS SO ORDERED this 7th, day of June, 2019.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK

Submitted by:

BULLIVANT HOUSER BAILEY PC

By  /s/Daniel R. Bentson
    Daniel R. Bentson, WSBA #36825
    E-Mail: dan.bentson@bullivant.com
    1700 Seventh Ave., Ste. 1810
    Seattle, WA 98101
    206.292.8930

Attorneys for Defendant Eagle West Insurance Company

GARVEY SCHUBERT BARER PC

By  /s/ Mark A. Rowley
    Mark A. Rowley, WSBA #7555
    E-Mail: mrowley@gsblaw.com
    1911 Second Ave., 18th Floor
    Seattle, WA 98101-2320
    206.464.3939

Attorneys for Plaintiff Quality Pacific, Inc.

4812-4310-5945.1

STIPULATED MOTION TO DISMISS PLAINTIFF QUALITY PACIFIC'S CLAIMS AGAINST DEFENDANT EAGLE WEST INSURANCE COMPANY WITH PREJUDICE
NO.: 2:19-CV-00426 - RSL

PAGE 2

Bullivant|Houser|Bailey PC
1700 Seventh Avenue, Suite 1810
Seattle, Washington 98101-1397
Telephone: 206.292.8930